IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>     Defendants. | Civil Action No. 1:18-cv-00262 (RBW) |

## SECOND JOINT STATUS REPORT

Pursuant to the parties' prior Joint Status Report [ECF No. 8] and the Court's minute order of April 5, 2018, the parties hereby submit the following further joint status report.

1.    This case concerns a Freedom of Information Act ("FOIA") request submitted by plaintiff to the Federal Bureau of Investigation ("FBI"), a component agency of defendant United States Department of Justice. Plaintiff's FOIA request sought copies of all records "located within the larger collection of former Director [James B.] Comey's records" as described in the Second Declaration of David M. Hardy, which was filed on December 6, 2017, in *CNN v. Federal Bureau of Investigation*, No. 17-cv-01167 (D.D.C.).

2.    The parties have agreed to a partial reduction in the scope of plaintiff's original request. The FBI estimates that the request as revised still encompasses at least 8,000 potentially responsive pages. The FBI has begun processing these potentially responsive pages.

3.    The FBI anticipates that it will make its first production, consisting of the responsive non-exempt portions of approximately 100 pages processed, on May 11, 2018. The FBI then intends to process an additional 500 pages and produce the non-exempt portions of the

responsive records included in each set of 500 pages, on June 15, 2018, and on the 15th day of every month thereafter (or on the next business day if the 15th is not a business day).  (Any excess by which one month's processing total exceeds 500 pages may be applied against the next month's obligation.)

4. The parties propose to submit another status report on or before July 1, 2019.

Dated:  May 7, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director, Civil Division

*/s/Michael Bekesha*
Michael Bekesha
D.C. Bar No. 995749
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172

*Counsel for Plaintiff*

*/s/Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendant*