IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | Civil Action No. 1:18-cv-00262 (RBW) |

## JOINT STATUS REPORT

Pursuant to the Court's minute order of July 17, 2018, the parties hereby submit the following joint status report.

1. This case concerns a Freedom of Information Act ("FOIA") request submitted by plaintiff to the Federal Bureau of Investigation ("FBI"), a component agency of defendant United States Department of Justice. Plaintiff's FOIA request sought copies of all records "located within the larger collection of former Director [James B.] Comey's records" as described in the Second Declaration of David M. Hardy, which was filed on December 6, 2017, in *CNN v. Federal Bureau of Investigation*, No. 17-cv-01167 (D.D.C.).

2. The parties have agreed to a partial reduction in the scope of plaintiff's original request. The FBI estimates that the request as revised still encompasses at least 8,000 potentially responsive pages. The FBI has begun processing these potentially responsive pages.

3. The FBI is processing responsive documents pursuant to its proposed schedule of processing 500 pages monthly and producing the non-exempt portions of the responsive records included in each set of 500 pages on the 15th day of every month (or on the next business day if

the 15th is not a business day). (Any excess by which one month's processing total exceeds 500 pages may be applied against the next month's obligation.)

4. The FBI's productions to date are summarized in the following table:

| No. | Date | Pages Processed | Pages released in whole or in part | Pages withheld |
|---|---|---|---|---|
| 1 | 5/11/18 | 139 | 93 | 46 |
| 2 | 6/15/18 | 503 | 82 | 421 |
| 3 | 7/13/18 | 502 | 349 | 153 |
| 4 | 8/24/18[1] | 500 | 229 | 271 |
| 5 | 9/14/18 | 1100 | 1097 | 3 |
| 6 | 10/15/18 | 510 | 510 | 0 |
| 7 | 11/14/18 | 500 | 478 | 22 |
| 8 | 12/17/18 | 506 | 173 | 333 |
| Totals | | 4260 | 3011 | 1249 |

5. To date, the FBI has processed 4260 pages.

6. The parties propose to submit another status report on or before June 17, 2019.

---

[1] This release date was extended per agreement of counsel.

Dated: December 17, 2018

Respectfully submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director, Civil Division

*/s/Michael Bekesha*
Michael Bekesha
D.C. Bar No. 995749
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172

*Counsel for Plaintiff*

*/s/Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendant*