# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | Civil Action No. 1:18-cv-00262 (RBW) |

## JOINT STATUS REPORT

Pursuant to the Court's minute order of January 24, 2019, the parties hereby submit the following joint status report.

1. This case concerns a Freedom of Information Act ("FOIA") request submitted by plaintiff to the Federal Bureau of Investigation ("FBI"), a component agency of defendant United States Department of Justice. Plaintiff's FOIA request sought copies of all records "located within the larger collection of former Director [James B.] Comey's records" as described in the Second Declaration of David M. Hardy, which was filed on December 6, 2017, in *CNN v. Federal Bureau of Investigation*, No. 17-cv-01167 (D.D.C.).

2. The parties have agreed to a partial reduction in the scope of plaintiff's original request. At present, the FBI estimates that the request as revised still encompasses at least 9500 potentially responsive pages. The FBI has begun processing these potentially responsive pages.

3. The FBI has been processing responsive documents pursuant to its agreed-upon schedule of processing 500 pages monthly and producing the non-exempt portions of the responsive records included in each set of 500 pages on the 15th day of every month (or on the

next business day if the 15th is not a business day). (Any excess by which one month's processing total exceeds 500 pages may be applied against the next month's obligation.)

4. The FBI's productions to date are summarized in the following table:

| No. | Date | Pages Processed | Pages released in whole or in part | Pages withheld |
|---|---|---|---|---|
| 1 | 5/11/18 | 139 | 93 | 46 |
| 2 | 6/15/18 | 503 | 82 | 421 |
| 3 | 7/13/18 | 502 | 349 | 153 |
| 4 | 8/24/18[1] | 500 | 307 | 193 |
| 5 | 9/14/18 | 1022 | 1019 | 3 |
| 6 | 10/15/18 | 510 | 510 | 0 |
| 7 | 11/14/18 | 500 | 478 | 22 |
| 8 | 12/17/18 | 506 | 173 | 333 |
| 9 | 1/10/19 | 500 | 106 | 394 |
| **Totals** | | 4682 | 3117 | 1565 |

5. To date, the FBI has processed 4682 pages.

6. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. In the absence of an appropriation, Department of Justice attorneys and employees of the Department

---

[1] This release date was extended per agreement of counsel. The numbers credited for this release also include 78 pages that were not actually provided to plaintiff until the September 14, 2018, release.

(including the FBI) were prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Because most of the work necessary for the January, 2019, FOIA processing deadline in this case had been completed already, Defendant was able to meet that deadline. However, because of the lapse in appropriations, processing to meet further upcoming deadlines in this case was halted, as represented in Defendant's stay motion of January 14, 2019 (ECF No. 12), and authorized by the Court's minute order of January 15, 2019, vacating the impending deadlines.

7. As of January 25, 2019, after a 35-day lapse, funding was restored through February 15, 2019, for the Department of Justice. The FBI has therefore resumed processing of records responsive to the FOIA request in this case. However, because of the lapse, the FBI is not in a position to complete processing of the next batch of 500 pages by the next deadline set under the previous schedule (February 15, 2019).

8. Accordingly, the parties have agreed that the FBI will complete processing of the next 500-page batch of responsive documents, and produce the non-exempt portions of the responsive records included in that batch, by March 15, 2019. Thereafter, the FBI will continue processing of responsive documents pursuant to a schedule of processing 500 pages monthly and producing the non-exempt portions of the responsive records included in each set of 500 pages on the 15th day of every month (or on the next business day if the 15th is not a business day). (Any excess by which one month's processing total exceeds 500 pages may be applied against the next month's obligation.)

9. The parties propose to submit another status report on or before September 16, 2019.

Dated: February 8, 2018

Respectfully submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director, Civil Division

*/s/Michael Bekesha*
Michael Bekesha
D.C. Bar No. 995749
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172

*Counsel for Plaintiff*

*/s/Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendant*