IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 1:18-cv-00262 (RBW) |

## JOINT STATUS REPORT

Pursuant to the Court's minute order of April 29, 2022, the parties hereby submit the following joint status report.

1. This case concerns a Freedom of Information Act ("FOIA") request submitted by plaintiff to the Federal Bureau of Investigation ("FBI"), a component agency of defendant United States Department of Justice. Plaintiff's FOIA request sought copies of all records "located within the larger collection of former Director [James B.] Comey's records" as described in the Second Declaration of David M. Hardy, which was filed on December 6, 2017, in *CNN v. Federal Bureau of Investigation*, No. 17-cv-01167 (D.D.C.). The parties subsequently agreed to a partial reduction in the scope of plaintiff's original request.

2. At present, the only records outstanding are records submitted to other government agencies for consultation, as to which the FBI has not received a complete response. These records currently consist of approximately 1000 pages of records referred for consultation to approximately 15 government agencies. The FBI is continuing to follow up with the other agencies via unclassified emails or phone conversations. These other agencies are still experiencing processing delays. The FBI has received some responses back with respect to these

materials but has not been able to fully clear for release most of the records still outstanding, most of which have been submitted to multiple agencies. Since the last status report, filed on April 29, 2022 (ECF No. 25), the FBI made one rolling production on May 31, 2022.

3. The FBI will continue to make rolling, monthly productions of all non-exempt records, or non-exempt portions of records, subject to the FOIA on or before the end of every month as it receives final, complete responses to its consultation requests from other government agencies.

4. The parties propose to submit another status report on or before November 1, 2022.

Dated: July 29, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director, Civil Division

/s/Michael Bekesha
Michael Bekesha
D.C. Bar No. 995749
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172

*Counsel for Plaintiff*

/s/Carol Federighi
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendant*