IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 1:18-cv-00262 (RBW) |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order of October 31, 2022, the parties hereby submit the following joint status report.

1.　　This case concerns a Freedom of Information Act ("FOIA") request submitted by plaintiff to the Federal Bureau of Investigation ("FBI"), a component agency of defendant United States Department of Justice. Plaintiff's FOIA request sought copies of all records "located within the larger collection of former Director [James B.] Comey's records" as described in the Second Declaration of David M. Hardy, which was filed on December 6, 2017, in *CNN v. Federal Bureau of Investigation*, No. 17-cv-01167 (D.D.C.). The parties subsequently agreed to a partial reduction in the scope of plaintiff's original request.

2.　　At present, the only records outstanding are records submitted to other government agencies for consultation, as to which the FBI has not received a complete response. Since the last status report, filed on October 28, 2022 (ECF No. 27), the FBI has made one rolling production of documents returned from a consult agency on October 31, 2022. The FBI has recently received another 48 pages of responsive records from a consult agency. The FBI has begun processing these pages and anticipates making a release no later than March 31, 2023.

3. There remain approximately 852 pages of records sent for consultation to approximately 13 government agencies. The FBI is continuing to follow up with the other agencies via unclassified emails or phone conversations. The FBI will continue to make rolling, monthly productions of all non-exempt records, or non-exempt portions of records, subject to the FOIA on or before the end of every month as it receives final, complete responses to its consultation requests.

4. The parties propose to submit another status report on or before May 1, 2023.

Dated: February 1, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director, Civil Division

*/s/Michael Bekesha*
Michael Bekesha
D.C. Bar No. 995749
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172

*Counsel for Plaintiff*

*/s/Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendant*